**Order entered August 5, 2015**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00365-CR

**MARK ANGELO GUAJARDO, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 291st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F13-72357-U**

## ORDER

The Court **REINSTATES** the appeal.

On July 13, 2015, we ordered the trial court to make findings regarding why the reporter's record has not been filed. We **ADOPT** the findings that: (1) appellant desires to pursue the appeal; (2) appellant is indigent and is represented by court-appointed counsel Lawrence Mitchell; (3) Cheryl Dixon is the court reporter who recorded the proceedings; (4) Ms. Dixon's explanation for the delay in filing the record is her workload; and (5) Ms. Dixon said the record would be filed August 3, 2015. We note that we did not receive the reporter's record on August 3, 2015.

Accordingly we **ORDER** Cheryl Dixon, official court reporter of the 291st Judicial District Court, to file the complete reporter's record in this appeal, including all exhibits admitted

into evidence, within **SEVEN DAYS** of the date of this order. Because the reporter's record is already three months overdue, no further extensions will be granted. If the record is not filed within the time specified, the Court will utilize its available remedies, which may include ordering that Cheryl Dixon not sit as a court reporter until the record is filed in this appeal.

We **DIRECT** the Clerk to send copies of this order to the Honorable Stephanie Mitchell, Presiding Judge, 291st Judicial District Court; Cheryl Dixon, official court reporter, 291st Judicial District Court; and to counsel for all parties.

/s/    LANA MYERS
        JUSTICE